| AO 10 Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT INITIAL FILING | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial) Furay, Catherine J. | 2. Court or Organization Bankruptcy Court - Western District of Wisconsin | 3. Date of Report 2/4/2013 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Bankruptcy Judge (FT) | 5a. Report Type (check appropriate type) ☐ Nomination Date ☑ Initial ☐ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2011 to 1/04/2013 |

**7. Chambers or Office Address**

US Bankruptcy Court Western District of Wisconsin
US Courthouse
500 South Barstow Street
Eau Claire, WI 54702-5009

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | Attorney | Murphy Desmond S.C. |
| 2. | Member of Board of Trustees - no control of investments | Madison Opera, Inc. |
| 3. | Member of Board of Directors | Bishops Bay Country Club |
| 4. | Committee Member | Villages of Bishops Bay Architectural Review Committee |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | 1992 | Murphy Desmond S.C. 401K Plan - no control |
| 2. | 1980 | Wisconsin Deferred Compensation Program - Employee Trust Funds - Prior employer; no control |
| 3. | 2003 | Murphy Descomd S.C. Shareholder Compenasation Agreement - Terminated Effective 1/2/2013 |
| 4. | 1994 | Murphy Desmond S.C. Stock Transfer Agreement - Terminated Effective 1/2/2013 |
| 5. | 12/15/2012 | Murphy Desmond S.C. Shareholder Settlement and Release Agreement - terminated mutual obligations under items 3 and 4 above and terminated those agreemenbts |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 2/4/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 12/31/2011 | Murphy Desmond S.C. Wages 2011 | $157,116.81 |
| 2. 12/31/2012 | Murphy Desmond S.C. Wages 2012 | $116,584.64 |
| 3. 1/2/2013 | Murphy Desmond S.C. Stock Redemption 1/2/2013 | $7,500.00 |
| 4. 5/2012 | University of Wisconsin Madison Law School Honoraria for Teaching | $300.00 |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 12/31/2012 | Murphy Desmond S.C. Wages 2012 |
| 2. 12/31/2011 | Murphy Desmond S.C. Wages 2011 |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Exempt | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Furay, Catherine J.** | 2/4/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Exempt | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | Credit Card | J |
| 2. | American Express | Credit Card | J |
| 3. | Park Bank Visa | Credit Card | J |
| 4. | BP Aamoco | Credit Card | J |
| 5. | Sears | Credit Card | J |
| 6. | Nordstrom | Credit Card | J |
| 7. | Macy's | Credit Card | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 2/4/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | | | | | Exempt | | | | |
| 2. Bank Account The Park Bank | A | Int./Div. | J | T | | | | | |
| 3. Bank Account Middleton Community Bank | A | Int./Div. | K | T | | | | | |
| 4. The Peoples Community Bancshares | A | Int./Div. | J | T | | | | | |
| 5. | | | | | | | | | |
| 6. Mitzvah LLC | | None | M | U | | | | | |
| 7. | | | | | | | | | |
| 8. UBS Investment Account #1 - | | | | | | | | | |
| 9. Cash | | None | J | T | | | | | |
| 10. AMJ | | None | J | T | | | | | |
| 11. VTI | | None | J | T | | | | | |
| 12. DLN | A | Dividend | J | T | | | | | |
| 13. DEM | | None | J | T | | | | | |
| 14. DGS | | None | J | T | | | | | |
| 15. SPECX | | None | J | T | | | | | |
| 16. BEMSX | | None | J | T | | | | | |
| 17. HFEAX | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  HFQAX | | None | J | T | | | | | |
| 19.  OAKIX | | None | J | T | | | | | |
| 20.  BHYAX | A | Dividend | J | T | | | | | |
| 21.  EAFAX | A | Dividend | J | T | | | | | |
| 22.  HWDAX | A | Dividend | J | T | | | | | |
| 23.  RNDLX | A | Dividend | J | T | | | | | |
| 24.  TGINX | A | Dividend | J | T | | | | | |
| 25.  WFTAX | | None | K | T | | | | | |
| 26.  VQT | | None | J | T | | | | | |
| 27.  AMFAX | | None | J | T | | | | | |
| 28.  SGENX | | None | J | T | | | | | |
| 29.  PAUAX | | None | K | T | | | | | |
| 30. | | | | | | | | | |
| 31.  UBS Traditional IRA - CJF | | | | | | | | | |
| 32.  Cash | | None | J | T | | | | | |
| 33.  AMJ | | None | J | T | | | | | |
| 34.  VTI | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 2/4/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. DLN | A | Dividend | J | T | | | | | |
| 36. DEM | | None | J | T | | | | | |
| 37. DGS | | None | J | T | | | | | |
| 38. SPECX | | None | J | T | | | | | |
| 39. HFEAX | A | Dividend | J | T | | | | | |
| 40. BEMSX | | None | J | T | | | | | |
| 41. HFQAX | | None | J | T | | | | | |
| 42. OAKIX | | None | J | T | | | | | |
| 43. BHYAX | A | Dividend | J | T | | | | | |
| 44. EAFAX | A | Dividend | J | T | | | | | |
| 45. TPINX | A | Dividend | J | T | | | | | |
| 46. OIBAX | A | Dividend | J | T | | | | | |
| 47. PGSAX | A | Dividend | J | T | | | | | |
| 48. RNDLX | A | Dividend | J | T | | | | | |
| 49. TGINX | A | Dividend | J | T | | | | | |
| 50. NARAX | A | Dividend | J | T | | | | | |
| 51. HWDAX | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 2/4/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. VQT | | None | J | T | | | | | |
| 53. AMFAX | | None | J | T | | | | | |
| 54. PSSAX | | None | J | T | | | | | |
| 55. SGENX | | None | J | T | | | | | |
| 56. PAUAX | | None | J | T | | | | | |
| 57. | | | | | | | | | |
| 58. UBS Traditional IRA - ▒ | | | | | | | | | |
| 59. Cash | | None | J | T | | | | | |
| 60. AMJ | | None | J | T | | | | | |
| 61. DLN | A | Dividend | J | T | | | | | |
| 62. DEM | | None | J | T | | | | | |
| 63. DGS | | None | J | T | | | | | |
| 64. SPECX | | None | J | T | | | | | |
| 65. HFEAX | A | Dividend | J | T | | | | | |
| 66. BEMSX | | None | J | T | | | | | |
| 67. HFQAX | | None | J | T | | | | | |
| 68. OAKIX | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 2/4/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. BHYAX | A | Dividend | J | T | | | | | |
| 70. EAFAX | A | Dividend | J | T | | | | | |
| 71. TPINX | A | Dividend | J | T | | | | | |
| 72. HWDAX | A | Dividend | J | T | | | | | |
| 73. OIBAX | A | Dividend | J | T | | | | | |
| 74. PGSAX | A | Dividend | J | T | | | | | |
| 75. RNDLX | A | Dividend | J | T | | | | | |
| 76. TGINX | A | Dividend | J | T | | | | | |
| 77. NARAX | A | Dividend | J | T | | | | | |
| 78. VQT | | None | J | T | | | | | |
| 79. AMFAX | | None | J | T | | | | | |
| 80. PSSAX | | None | J | T | | | | | |
| 81. SGENX | | None | J | T | | | | | |
| 82. PAUAX | | None | J | T | | | | | |
| 83. | | | | | | | | | |
| 84. Extendquip LLC | | None | K | U | | | | | |
| 85. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 2/4/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. State of Wisconsin Life Insurance | A | Dividend | J | T | | | | | |
| 87. | | | | | | | | | |
| 88. Wisconsin Retirement System Dept of Employee Trust Funds | A | Interest | J | T | | | | | |
| 89. | | | | | | | | | |
| 90. Wisconsin Deferred Compensation Program | | | | | | | | | |
| 91. -Black Rock EAFE Equity - Index Coll T | | None | J | T | | | | | |
| 92. - DFA US Micro Cap I | A | Dividend | J | T | | | | | |
| 93. - BlackRock Mid Cap Index - Collective F | | None | J | T | | | | | |
| 94. -Fidelity Contrafund | A | Dividend | J | T | | | | | |
| 95. - Vanguard Institutional Index Fund Plus | A | Dividend | J | T | | | | | |
| 96. - Federated US Government Securities 2-5 Yr. | A | Dividend | J | T | | | | | |
| 97. -Stable Value Fund | | None | J | T | | | | | |
| 98. | | | | | | | | | |
| 99. Murphy Desmond 401K Plan -CJF | | | | | | | | | |
| 100. -- American Funds EuroPacific Gr R5 | | None | M | T | | | | | |
| 101. -- Columbia Small Cap Value II Z | | None | K | T | | | | | |
| 102. --Nuveen Small Cap Select I | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 2/4/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. --T.Rowe Price Mid-Cap Value | None | | L | T | | | | | |
| 104. --America Funds Growth Fund of Amer R5 | None | | M | T | | | | | |
| 105. --Dodge & Cox Stock | None | | M | T | | | | | |
| 106. --Loomis Sayles Bond Instl | None | | M | T | | | | | |
| 107. --PIMCO Total Return Instl | None | | M | T | | | | | |
| 108. | | | | | | | | | |
| 109. Murphy Desmond 401K Plan - | | | | | | | | | |
| 110. -- American Funds EuroPacific Gr R5 | None | | M | T | | | | | |
| 111. -- Columbia Small Cap Value II Z | None | | L | T | | | | | |
| 112. --Nuveen Small Cap Select I | None | | J | T | | | | | |
| 113. --T.Rowe Price Mid-Cap Value | None | | L | T | | | | | |
| 114. --America Funds Growth Fund of Amer R5 | None | | M | T | | | | | |
| 115. --Dodge & Cox Stock | None | | M | T | | | | | |
| 116. --Loomis Sayles Bond Instl | None | | N | T | | | | | |
| 117. --PIMCO Total Return Instl | None | | N | T | | | | | |
| 118. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 2/4/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I ; lines 2 and 3: I resigned from these Boards effective 1/2/2013

Part II, line 4 reflects income in the form of an honorarium received for teaching at the University of Wisconsin Madison Law School prior to my appointment.

Part VII Investments and Trusts - lines 8, 31, 58, 90, 99 and 109 are headings.

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 2/4/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Catherine J. Furay**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544